UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                                                §
KIRKLAND, DAVID M.                                     §         Case No. 15-30674-KLP
                                                                          §
                               Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Roy M. Terry Jr., Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: ($161.00) (Without deducting any secured claims) | Assets Exempt: $12,220.20 |
| Total Distributions to Claimants: $17,736.13 | Claims Discharged Without Payment: $30,546.99 |
| Total Expenses of Administration: $2,833.88 | |

    3) Total gross receipts of $20,570.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,570.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $2,833.88 | $2,833.88 | $2,833.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $36,967.83 | $36,967.83 | $17,736.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $30,546.99 | $30,546.99 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $70,348.70 | $70,348.70 | $20,570.01 |

4) This case was originally filed under chapter 7 on 02/11/2015. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   12/12/2016                             By :   /s/ Roy M. Terry Jr.
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Inheritance From Grandmother's Estate | 1229-000 | $20,570.01 |
| **TOTAL GROSS RECEIPTS** | | $20,570.01 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roy Terry | 2100-000 | NA | $2,807.00 | $2,807.00 | $2,807.00 |
| Roy Terry | 2200-000 | NA | $26.88 | $26.88 | $26.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,833.88 | $2,833.88 | $2,833.88 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | NA | $36,967.83 | $36,967.83 | $17,736.13 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $36,967.83 | $36,967.83 | $17,736.13 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | WELLS FARGO CARD SERVICES | 7100-000 | NA | $19,025.65 | $19,025.65 | $0.00 |
| 000004 | COMMONWEALTH OF VA-TAX | 7100-000 | NA | $500.00 | $500.00 | $0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | $3,021.05 | $3,021.05 | $0.00 |
| 000002 | SUNTRUST BANK | 7100-000 | NA | $8,000.29 | $8,000.29 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $30,546.99 | $30,546.99 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-30674 | Judge: | Keith L. Phillips | Trustee Name: | Roy M. Terry Jr. |
|---|---|---|---|---|---|
| Case Name: | KIRKLAND, DAVID M. | | | Date Filed (f) or Converted (c): | 02/11/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/23/2015 |
| For Period Ending: | 12/12/2016 | | | Claims Bar Date: | 05/19/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Debtor does not have any interest in this type of | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. | Cash - Approx. | 24.00 | 0.00 | | 0.00 | FA |
| 3. | Checking Account -  Wells Fargo $2,159.02 Approx. | 2,159.02 | 0.00 | | 0.00 | FA |
| 4. | Security Deposit w/ Landlord $1,795 | 0.00 | 0.00 | | 0.00 | FA |
| 5. | Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. | Couple of inexpensive paintings that Aunt Painted | 500.00 | 0.00 | | 0.00 | FA |
| 7. | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 8. | Remington 22 Model 597 $149, Bow $35, Kayak $349, | 1,013.00 | 0.00 | | 0.00 | FA |
| 9. | Monarch Mills, Inc. - All assets have been reposse | 0.00 | 0.00 | | 0.00 | FA |
| 10. | David Norman Kirkland, Estate Closed Debtor receiv | 0.00 | 0.00 | | 0.00 | FA |
| 11. | 2006 Toyota Tacoma 220,000 Miles NO LIENS | 6,983.00 | 0.00 | | 0.00 | FA |
| 12. | 1 Dog | 10.00 | 0.00 | | 0.00 | FA |
| 13. | Inheritance From Grandmother's Estate (u) | 0.00 | 20,570.01 | | 20,570.01 | FA |
| 14. | Savings Account- Wells Fargo $330.18 | 330.18 | 0.00 | | 0.00 | FA |
| 15. | Business Checking Account- Wells Fargo -$160.00 | 160.00- | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 15-30674  
Case Name: KIRKLAND, DAVID M.  
Judge: Keith L. Phillips  
Trustee Name: Roy M. Terry Jr.  
Date Filed (f) or Converted (c): 02/11/2015 (f)  
341(a) Meeting Date: 03/23/2015  
For Period Ending: 12/12/2016  
Claims Bar Date: 05/19/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 12,059.20 | 20,570.01 | | 20,570.01 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**January 21, 2016-** In the process of contacting the executor for the estate for turnover of assets to the bankruptcy estate.

**May 26, 2016, 12:29 pm** Debtor has received an estate distribution and counsel has advised him to turn it over to the estate. Counsel to forward me his email to debtor. I have asked counsel to also advise if debtor received any tax refund for 2014. Hearing notes indicate a substantial refund resulting from business failure was possible but not certain.

**June 06, 2016, 01:56 pm** Mr. Winslow advises that the estate distribution received by Mr. Kirkland is approx. $20,000. I have directed that a cashier's check be sent to me as trustee.

**June 29, 2016, 04:00 pm** Check just received. Once cleared will proceed with TFR.

**July 13, 2016-** Claims reviewed and no objections. TFR submitted 07/13/16.

**Updated 9/28/16** - TFR filed with the court on 8/29/16. Awaiting Court's Order of Disbursement.

**Updated 11/17/16** - Zero bank balance - proceeding with TDR.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case No:** 15-30674  **Judge:** Keith L. Phillips  **Trustee Name:** Roy M. Terry Jr.
**Case Name:** KIRKLAND, DAVID M.  **Date Filed (f) or Converted (c):** 02/11/2015 (f)
**341(a) Meeting Date:** 03/23/2015
**For Period Ending:** 12/12/2016  **Claims Bar Date:** 05/19/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2016  **Current Projected Date of Final Report(TFR) :** 12/31/2016

**Trustee's Signature**  /s/Roy M. Terry Jr.  **Date:** 12/12/2016
Roy M. Terry Jr.
P.O. Box 2188
Richmond, VA 232182188
Phone : (804) 783-7269

UST Form 101-7-TDR (10/1/2010) (Page 7)  **EXHIBIT 8**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-30674 | Trustee Name: Roy M. Terry Jr. |
| Case Name: KIRKLAND, DAVID M. | Bank Name: Union Bank |
| | Account Number/CD#: ******4863 Checking Account |
| Taxpayer ID No: **-***0300 | Blanket bond (per case limit): 3,000,000.00 |
| For Period Ending: 12/12/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/01/2016 | [13] | Chase Cashier's Check | FUNDS FROM INHERITANCE | 1229-000 | 20,570.01 | | 20,570.01 |
| 08/09/2016 | | Texas Capital Bank | Transfer of funds | 9999-000 | | 20,570.01 | 0.00 |
| | | | | Page Subtotals | 20,570.01 | 20,570.01 | |

|   |   |   |
|---|---|---|
| **COLUMN TOTALS** | 20,570.01 | 20,570.01 |
| Less:Bank Transfer/CD's | 0.00 | 20,570.01 |
| **SUBTOTALS** | 20,570.01 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 20,570.01 | 0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-30674 | Trustee Name: Roy M. Terry Jr. |
| Case Name: KIRKLAND, DAVID M. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5971 Checking Account |
| Taxpayer ID No: **-***0300 | Blanket bond (per case limit): 3,000,000.00 |
| For Period Ending: 12/12/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/09/2016 | | Union Bank | Transfer of funds | 9999-000 | 20,570.01 | | 20,570.01 |
| 10/06/2016 | 52001 | Roy Terry<br>1111 East Main Street<br>Suite 2400<br>Richmond, VA 23218 | Trustee's Compensation | 2100-000 | | 2,807.00 | 17,763.01 |
| 10/06/2016 | 52002 | Roy Terry<br>1111 East Main Street<br>Suite 2400<br>Richmond, VA 23218 | | 2200-000 | | 26.88 | 17,736.13 |
| 10/06/2016 | 52003 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Unit<br>P O Box 7346<br>Philadelphia , PA 19101-7346 | Disb of 47.98% to Claim #000001A | 5800-000 | | 17,736.13 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 20,570.01 | 20,570.01 |
| **COLUMN TOTALS** | 20,570.01 | 20,570.01 |
| Less:Bank Transfer/CD's | 20,570.01 | 0.00 |
| **SUBTOTALS** | 0.00 | 20,570.01 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 20,570.01 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 15-30674 | Trustee Name: | Roy M. Terry Jr. |
| Case Name: | KIRKLAND, DAVID M. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5971 Checking Account |
| Taxpayer ID No: | **-***0300 | Blanket bond (per case limit): | 3,000,000.00 |
| For Period Ending: | 12/12/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | |
|---|---|---|---|---|---|
| | All Accounts Gross Receipts: | 20,570.01 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| | All Accounts Gross Disbursements: | 20,570.01 | ******4863 Checking Account | 20,570.01 | 0.00 | |
| | All Accounts Net: | 0.00 | ******5971 Checking Account | 0.00 | 20,570.01 | |
| | | | **NetTotals** | 20,570.01 | 20,570.01 | 0.00 |