UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Richmond___ Division

In re:  David M. Kirkland

DEBTOR NAME(S)                                        Case No.   15-30674-KLP

Debtor.

AMENDED

ORDER DISCHARGING TRUSTEE AND CLOSING CASE

    It appearing to the Court that  Roy M. Terry              , Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

    It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

WILLIAM C. REDDEN
CLERK OF COURT

Date:  March 07, 2017                          By: /s/ Suzan Ramirez-Lowe
                                                                       Deputy Clerk

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET:
March 07, 2017